AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Linn, Richard | U.S. Court of Appeals, Fed Cir | 03/21/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals<br>717 Madison Place, N.W.<br>Washington, DC 20439 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Intellectual Property Advisory Board, George Washington University Law School |
| 2. | Past-President | The Giles S. Rich American Inn of Court |
| 3. | Member | The Richard Linn American Inn of Court |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/02/00 | Marks & Murase Settlement Agreement and Release (for practice of law prior to 04/30/1997, with terms of capital reserves), amended August 2006 |
| 2. | | |
| 3. | | |

RECEIVED 2007 MAR 21 P 2: 45
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/21/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Virginia State Bar | June 15-16 - Virginia Beach, VA - Bar Association Meeting (Transportation, Meals, and Hotel) |
| 2. | Austin Intellectual Property Law Association | November 10-12 - Austin, TX - Annual Judges' Dinner (Transportation, Meals, and Hotel) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/21/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/21/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital reserves held by Marks & Murase, L.L.P | | None | | | Redeem | 9/7 | K | | |
| 2. Cash Equivalent Account # 1 | A | Interest | J | T | | | | | |
| 3. Cash Equivalent Account # 2 | A | Interest | | | | | | | |
| 4. | | | | | Part Redeem | 3/3 | K | A | |
| 5. | | | | | Part Redeem | 4/3 | K | A | |
| 6. Cash Equivalent Account # 3 | A | Interest | J | T | | | | | |
| 7. Brokerage Account # 5 | | | | | | | | | |
| 8. - Interamerican Development Bank Zero Coupon Bonds | | None | | | Redeem | 3/14 | L | D | |
| 9. Brokerage Account # 7 | | | | | | | | | |
| 10. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 11. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 12. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 13. Brokerage Account # 8 | | | | | | | | | |
| 14. - AMCAP Fund Class 529A | A | Dividend | | | Part Redeem | 5/22 | J | A | See Note Part VIII |
| 15. - EuroPacific Growth Fund Class 529A | A | Dividend | | | Part Redeem | 5/22 | J | A | See Note Part VIII |
| 16. - Intermediate Bond Fund of America Class 529A | A | Dividend | | | Part Redeem | 5/22 | J | A | See Note Part VIII |
| 17. | | | | | Part Redeem | 7/17 | J | A | See Note Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/21/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Cash Management Trust of America Class 529A | A | Dividend | J | T | Part Redeem | 7/17 | J | A | |
| 19. Brokerage Account # 9 | | | | | | | | | |
| 20. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 21. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 22. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 23. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 24. Brokerage Account # 10 | | | | | | | | | |
| 25. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 26. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 27. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 28. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 29. Brokerage Account # 11 | | | | | | | | | |
| 30. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 31. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 32. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 33. Brokerage Account # 12 | | | | | | | | | |
| 34. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/21/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 36. - Washington Mutual Investors Fund Class 529A (X) | A | Dividend | J | T | | | | | |
| 37. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 38. - Cash Management Trust of America Class 529A | A | Dividend | J | T | | | | | |
| 39. Brokerage Account # 13 | | | | | | | | | |
| 40. - American Funds Growth-Income Separate Account | | None | L | T | | | | | |
| 41. - American Funds Growth Separate Account | | None | M | T | | | | | |
| 42. - T. Rowe Price Large Cap Growth Portfolio Separate Account | | None | M | T | | | | | |
| 43. - Harris Oakmark Large Cap Value Separate Account | | None | M | T | | | | | |
| 44. - Russell 2000 Index Portfolio Separate Account | | None | L | T | | | | | |
| 45. - FI International Stock Portfolio Separate Account | | None | M | T | | | | | |
| 46. Brokerage Account # 14 | | | | | | | | | |
| 47. - Neuberger Berman Real Estate Portfolio Separate Account | | None | L | T | | | | | |
| 48. - MetLife Stock Index Portfolio Separate Account | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/21/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, lines 14, 15, 16, and 17: year-end value codes are not listed in column C(1) not because the funds were completely closed but because they each fell below the minumum reporting requirement at year end as a result of the reported partial redemptions.

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | - 03/21/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date *March 21, 2007*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Linn, Richard | U.S. Court of Appeals, Fed Cir | 03/28/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☒ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals 717 Madison Place, N.W. Washington, DC 20439 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

**SELF INITIATED AMENDMENT**

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Intellectual Property Advisory Board, George Washington University Law School |
| 2. Past-President | The Giles S. Rich American Inn of Court |
| 3. Member | The Richard Linn American Inn of Court |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 05/02/00 | Marks & Murase Settlement Agreement and Release (for practice of law prior to 04/30/1997, with terms of capital reserves), amended August 2006 |
| 2. | |
| 3. | |

RECEIVED 2007 MAR 29 P 12: 27 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Virginia State Bar | June 15-16 - Virginia Beach, VA - Bar Association Meeting (Transportation, Meals, and Hotel) |
| 2. | Austin Intellectual Property Law Association | November 10-12 - Austin, TX - Annual Judges' Dinner (Transportation, Meals, and Hotel) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/28/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Capital reserves held by Marks & Murase, L.L.P | | None | | | Redeem | 9/7 | K | | |
| 2. Cash Equivalent Account # 1 | A | Interest | J | T | | | | | |
| 3. Cash Equivalent Account # 2 | A | Interest | | | | | | | |
| 4. | | | | | Part Redeem | 3/3 | K | A | |
| 5. | | | | | Part Redeem | 4/3 | K | A | |
| 6. Cash Equivalent Account # 3 | A | Interest | J | T | | | | | |
| 7. Brokerage Account # 5 | | | | | | | | | |
| 8. - Interamerican Development Bank Zero Coupon Bonds | | None | | | Redeem | 3/14 | L | D | |
| 9. Brokerage Account # 7 | | | | | | | | | |
| 10. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 11. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 12. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 13. Brokerage Account # 8 | | | | | | | | | |
| 14. - AMCAP Fund Class 529A | A | Dividend | | | Part Redeem | 5/22 | J | A | See Note Part VIII |
| 15. - EuroPacific Growth Fund Class 529A | A | Dividend | | | Part Redeem | 5/22 | J | A | See Note Part VIII |
| 16. - Intermediate Bond Fund of America Class 529A | A | Dividend | | | Part Redeem | 5/22 | J | A | See Note Part VIII |
| 17. | | | | | Part Redeem | 7/17 | J | A | See Note Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Cash Management Trust of America Class 529A | A | Dividend | J | T | Part Redeem | 7/17 | J | A | |
| 19. Brokerage Account # 9 | | | | | | | | | |
| 20. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 21. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 22. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 23. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 24. Brokerage Account # 10 | | | | | | | | | |
| 25. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 26. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 27. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 28. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 29. Brokerage Account # 11 | | | | | | | | | |
| 30. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 31. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 32. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | | | | | |
| 33. Brokerage Account # 12 | | | | | | | | | |
| 34. - AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 36. - Washington Mutual Investors Fund Class 529A (X) | A | Dividend | J | T | | | | | |
| 37. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | | | | | |
| 38. - Cash Management Trust of America Class 529A | A | Dividend | J | T | | | | | |
| 39. Brokerage Account # 13 | | | | | | | | | |
| 40. - American Funds Growth-Income Separate Account | | None | L | T | Part Redeem | 7/21 | J | A | See Note Part VIII |
| 41. - American Funds Growth Separate Account | | None | M | T | Part Redeem | 7/21 | J | A | See Note Part VIII |
| 42. - T. Rowe Price Large Cap Growth Portfolio Separate Account | | None | M | T | Part Redeem | 7/21 | J | A | See Note Part VIII |
| 43. - Harris Oakmark Large Cap Value Separate Account | | None | M | T | Part Redeem | 7/21 | J | A | See Note Part VIII |
| 44. - Russell 2000 Index Portfolio Separate Account | | None | L | T | Part Redeem | 7/21 | J | A | See Note Part VIII |
| 45. - FI International Stock Portfolio Separate Account | | None | M | T | Part Redeem | 7/21 | J | A | See Note Part VIII |
| 46. Brokerage Account # 14 | | | | | | | | | |
| 47. - Neuberger Berman Real Estate Portfolio Separate Account | | None | L | T | | | | | |
| 48. - MetLife Stock Index Portfolio Separate Account | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 03/28/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, lines 14, 15, 16, and 17: year-end value codes are not listed in column C(1) not because the funds were completely closed but because they each fell below the minumum reporting requirement at year end as a result of the reported partial redemptions.

Part VII, lines 40-45: these transactions initially were thought to be under the reporting limit and, thus, were not included in the report filed 3/21/07. That oversight is corrected by this amended report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date **3/28/07**

NOTE: _____Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544